```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  RACHANA N. SHAH
    Special Assistant U.S. Attorney
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2800

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Cr. No. S-11-83 EFB
                                 )
12          Plaintiff,           )   Stipulation and Order
                                 )
13      v.                       )   Date:  May 3, 2011
                                 )   Time:  2:00 p.m.
14  DENISE BENNETT,              )   Judge: Hon. Edmund F. Brennan
                                 )
15          Defendant.           )
                                 )
16  _____)

17      It is hereby stipulated and agreed between the United States
18  and the defendant, DENISE BENNETT, by and through her undersigned
19  counsel, LINDA HARTER, that the previously scheduled
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

```
 1  status conference set for May 3, 2011, be reset to a Change of
 2  Plea.
 3  DATED: April 27, 2011              BENJAMIN B. WAGNER
                                       United States Attorney
 4
 5                                 By:    /s/ Rachana N. Shah
                                       RACHANA N. SHAH
 6                                     Special Assistant U.S. Attorney
 7
 8  DATED: April 27, 2011          By:    /s/ Linda Harter
                                       LINDA HARTER
 9                                     Attorney for Defendant
                                       Denise Bennett
10
11                            O R D E R
12  IT IS SO ORDERED:
13  DATED: April 28, 2011.
14                                     EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE
```

2