Prob 12B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Denise BENNETT |
| **Docket Number:** | 2:11CR00083-01 |
| **Offender Address:** | Concord, California |
| **Judicial Officer:** | Honorable Edmund F. Brennan<br>United States Magistrate Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/19/2011 |
| **Original Offense:** | 18 USC 641 - Theft of Government Property<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 36 months Probation; $25 Special Assessment; $1,349 Restitution; No firearms. |
| **Special Conditions:** | 1) Not dissipate assets; 2) Financial access; 3) No new credit; 4) 50 hours community service. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 09/19/2011 |
| **Assistant U.S. Attorney:** | David Stevens      **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter      **Telephone:** (916) 598-5700 |
| **Other Court Action:** | None. |

RE:     Denise BENNETT
        Docket Number:  2:11CR00083-01
        PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

Court Remove Special Condition #5 which states:
> The defendant shall complete 50 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall be completed by December 31, 2012.

Court Add Special Condition #5 which states:
> The defendant shall pay a $500 fine.

**Justification:** On September 19, 2011, the offender was sentenced to 3 years probation and ordered to perform 50 hours of community service. Since sentencing, the offender's financial situation has improved. She has maintained stable residence and employment. She is employed by Bank of the West and Walmart. She works approximately 60+ hours per week. According to the probation officer, the offender has made attempts to locate an approved community service site, but due to personal and family medical issues, as well as working two jobs, she has been unable to perform community service. The offender's overall adjustment to supervision has been good. There has been no violation conduct. She has paid her special assessment and restitution in full. Based on these factors, the probation officer recommends the 50 hours of community service be converted to a fine. The defendant is agreeable to this modification and a signed Waiver of Hearing is on file and available for the Court's review.

RE:    Denise BENNETT
       Docket Number:  2:11CR00083-01
       **PETITION TO MODIFY THE CONDITIONS OR TERM
       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/Michael A. Sipe for
**BRENDA BARRON-HARRELL**
**United States Probation Officer**
Telephone: (916) 930-4397

**DATED:**   May 6, 2013
             Sacramento, California
             BBH/cp

**REVIEWED BY:**    /s/Michael A. Sipe
                    **MICHAEL A. SIPE**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:

May 9, 2013
**Date**                                             **Signature of Judicial Officer**

cc:    United States Probation
       David Stevens, Assistant United States Attorney
       Linda C. Harter, Assistant Federal Defender
       Defendant
       Court File